LA PENNA & RADOWITZ, P.C.
636 Chestnut Street
Union, New Jersey 07036
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

| In the matter of: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| Donald Wrege and Janice Wrege | Case No:05-24404/NLW |
| Debtor(s) | Chapter 13 |

**NOTICE OF MOTION FOR AN ORDER TO REINSTATE THE AUTOMATIC STAY**

TO:

All Interested Parties

DEAR LADIES AND GENTLEMEN:

**PLEASE TAKE NOTICE** that the Debtor(s), Donald Wrege and Janice Wrege by their counsel, La Penna & Radowitz, P.C., will move before the United States Bankruptcy Court Martin Luther King Jr. Federal Building, 50 Walnut Street Newark NJ on _____ or at a time to be set by the Court for an Order to Reinstate the Automatic Stay as to Real Property.

**PLEASE TAKE FURTHER NOTICE** that the Debtors will rely upon the application and proposed form of order annexed hereto.

LA PENNA & RADOWITZ, P.C.

By: /s/ Bruce W. Radowitz