LA PENNA & RADOWITZ, P.C.
636 Chestnut Street
Union, New Jersey 07036
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

In the matter of:

Donald Wrege and Janice Wrege

Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Case No:05-24404/NLW

Chapter 13

### APPLICATION FOR AN ORDER TO REINSTATE THE AUTOMATIC STAY

**TO:    HONORABLE NOVALYN WINFIELD
        UNITED STATES BANKRUPTCY JUDGE**

Your applicant, Donald Wrege and Janice Wrege Debtor(s) herein, by and through their attorney, La Penna & Radowitz, P.C., respectfully represent:

1. Debtor filed Bankruptcy on May 2, 2005

2. A Certification of Default filed by Beneficial New Jersey Inc was entered on 11/8/2006

3. An Order Vacating Stay was entered on 1/8/2007 granting relief from the Stay.

4. The debtor(s) have delivered to my office two bank checks totaling $4,502.00.

**WHEREFORE**, it is respectfully requested that the Court enters an Order to Reinstate the Automatic Stay as to Real Property.

LA PENNA & RADOWITZ, P.C.
By: /s/ Bruce W. Radowitz