| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>LA PENNA & RADOWITZ, P.C.<br>636 Chestnut Street<br>Union, New Jersey 07083<br>(908) 687-2333<br>BRUCE W. RADOWITZ, ESQ.<br>Attorney for Debtor | |
| In Re:<br><br>Donald Wrege and Janice Wrege | Case No.: 05-24404<br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:  NLW |

**ORDER REINSTATING THE AUTOMATIC STAY**

    The relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby **ORDERED**.

Page 2

DEBTORS:    Donald Wrege and Janice Wrege

CASE NO:    **05-24404/NLW**

ORDER CAPTION:    **ORDER REINSTATING THE AUTOMATIC STAY**

**THIS MATTER** having been opened by the court by way of motion of La Penna & Radowitz, P.C., counsel to the Debtors, herein, and that argument of counsel, if any, having been heard by the court and the court having reviewed the pleadings filed herein, and for good cause appearing;

**ORDERED**, that the Order Vacating the Automatic Stay as to Real Property, be vacated.

**ORDERED,** that the Automatic Stay is reinstated; and it is further

**ORDERED,** that the funds required to cure the mortgage arrearages be forwarded to the Secured Creditor; and it is further

**ORDERED,** that the debtor resume making the required payments.