LA PENNA & RADOWITZ, P.C.
636 Chestnut Street
Union, New Jersey 07036
(908) 687-2333
BRUCE W. RADOWITZ, ESQ.
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

In the matter of:

Donald Wrege and Janice Wrege

Case No: 05-24404/NLW

Debtor(s)

Chapter 13

## CERTIFICATION OF SERVICE

OMAYRA TORRES, hereby certifies and states as follows:

1. I am a Legal Assistant employed by La Penna & Radowitz, P.C., attorneys for the above reference Debtor.

2. On March 1, 2007, I did cause to be served a letter to the following interested parties advising of the Notice, Application and Order Reinstating the Automatic Stay as to Real Property in the above referenced Proceeding of the Debtor(s) via electronic mail to: Marie-Ann Greenberg, US Trustee, and Powers Kirn, LLC and regular mail to:

**American Express**
PO Box 1270                                                                  (cr)
Newark, NJ 07101-1270

**American Express Bank, FSB**
c/o Becket and Lee, LLP
P.O. Box 3001                                                                (cr)
Malvern, PA 19355-0701

**American Express Centurion Bank**
c/o Becket and Lee, LLP
P.O. Box 3001                                                                (cr)
Malvern, PA 19355-0701

**AT&T Universal Card**
PO Box 8206                                                                  (cr)
South Hackensack NJ 07606-8206

**Benefical Finance**
PO Box 17574                                                                 (cr)
Baltimore, MA 21297-1574

**Benefical Finance**
PO Box 17574                                                                 (cr)

Baltimore, MA 21297-1574

**Beneficial**
PO Box 9618 (cr)
Virginia Beach, VA 23450

**Beneficial New Jersey Inc. d/b/a**
Beneficial Mortgage Co.
961 Weigel Drive (cr)
PO Box 8603
Elmhurst, IL 60126

**Best Buy**
GE Capital Cons Cardco
PO Box 9001557 (cr)
Louisville, KY 40290-1557

**Borough of Roselle Park Sewer**
110 East Westfield Avenue (cr)
Roselle Park, NJ 07204

**Capital One**
PO Box 85147 (cr)
Richmond, VA 23276

**Chase**
PO Box 15583 (cr)
Wilmington DE 19886-1194

**Chase Bank USA NA**
PO Box 100018 (cr)
Kennesaw, GA 30156-9204

**Chrysler Financial**
Po Box 168 (cr)
Newark, NJ 07101-0168

**Circuit City**
POB 100045 (cr)
Kennesaw, GA 30156-9245

**Citgo**
Processing Ctr (cr)
Des Moines, IA 50362-0300

**Citi**
PO Box 8034
South Hackensack, (cr)
NJ 07606-8034

**DaimlerChrysler Financial Services** (cr)

**Department of the Treasury**
Internal Revenue Service
955 S Springfield Ave (cr)
Springfield, NJ 07081

**Drive Financial Services**
8585 North Stemmons Frwy Ste 800-N                                    (cr)
Dallas TX 75237

**eCAST Settlement Corporation, assignee of**
Citibank USA NA
P.O. Box 35480                                                         (cr)
Newark, NJ 07193-5480

**eCAST Settlement Corporation, assignee of**
General Electric/JCP CONSUMER
P.O. Box 35480                                                         (cr)
Newark, NJ 07193-5480

**eCAST Settlement Corporation, assignee of**
General ElectricExxonMobil
P.O. Box 35480                                                         (cr)
Newark, NJ 07193-5480

**eCAST Settlement Corporation, assignee of**
HSBC Bank Nevada NA / HSBC Card
Services III                                                           (cr)
P.O. Box 35480
Newark, NJ 07193-5480

**eCAST Settlement Corporation, assignee of**
Citibank SD, NA, Successor to
Associates National Bank                                               (cr)
P.O. Box 35480
Newark, NJ 07193-5480

**eCAST Settlement Corporation, assignee of**
Chase Manhattan Bank USA, NA
P.O. Box 35480                                                         (cr)
Newark, NJ 07193-5480

**eCAST Settlement Corporation, successor to Sears**
P.O. Box 35480                                                         (cr)
Newark, NJ 07193-5480

**Exxon**
PO Box 4555                                                            (cr)
Carolstream IL 60197-4555

**GC Services Limited Partnershi**
6330 Gulfton                                                           (cr)
Houston, Tx 77081

**Home Depot**
PO Box 1059 Dept 51                                                    (cr)
Atlanta, GA 30353-5980

**Internal Revenue Service**
Atlanta IRS Center
4800 Buford Hwy.                                                       (cr)
Chamblee, GA 39901-0021

**Irwin Marine**
One Marine Park                                          (cr)
Red Bank, NJ 07701-1899

**JcPenny**
PO Box 981131                                            (cr)
El Paso, TX 79998

**Levitz Furniture**
Retail Services
PO Box 17602                                             (cr)
Baltimore, MD 21297-1602

**Liberty Bank**
Po Box 2700                                              (cr)
Middletown CT 06457-1359

**LVNV Funding LLC**
Resurgent Capital Services
P.O. Box 10587                                           (cr)
Greenville, SC 29603-0587

**NCO Financial Sysytems, Inc**
2 Industrial Way West                                    (cr)
Eatontown, NJ 07724

**Petro**
1245 Westfield Avenue                                    (cr)
Clark, NJ 07066

**Petro Inc.**
Mullooly, Jeffrey, Rooney
4 Bridge Street                                          (cr)
Glen Cove, NY 11542

**RMA**
1500 Commerce Drive                                      (cr)
Mendota Heights, MN 551201025

**Sears Card**
PO Box 182149                                            (cr)
Columbus, OH 43218-2149

**Sherman Acquisition LP dba RESURGENT ACQUISITION**
Resurgent Capital Services
P.O. Box 10587                                           (cr)
Greenville, SC 29603-0587

**Synergy**
310 North Avenue East                                    (cr)
Cranford, NJ 07016-0130

**Texaco**
Processing Ctr                                           (cr)
Des Moines, IA 50359-0001

**West Marine**
PO Box 9025
Des Moines IA 50368-9025

3. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By:/s/ Omayra Torres